**Lynette CRUNK, Individually and as next friend of Kenneth P, Keith P, and Kevin P, Plaintiff–Appellant**

v.

**SAN ANTONIO INDEPENDENT SCHOOL DISTRICT; et al, Defendants**

**San Antonio Independent School District, Defendant–Appellee.**

No. 04–50086.

United States Court of Appeals, Fifth Circuit.

Decided July 12, 2005.

Kathleen Cassidy Goodman, Texas Justice Foundation, San Antonio, TX, for Plaintiff–Appellant.

1. District Judge for the Northern District of Texas, sitting by designation.
** Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Leslie Stephen Mendelsohn, Les Mendelsohn & Associates, James M. Heidelberg, Escamilla & Poneck, San Antonio, TX, for Defendant–Appellee.

Before KING, Chief Judge, and DAVIS, Circuit Judge, and FITZWATER, District Judge.[1]

PER CURIAM:[**]

AFFIRMED. See 5th Cir. R. 47.6.